IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| Jamie B. Seward | * | CASE NO. 14-mc-206 (DISCIPLINARY) |
| Respondent . | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONDENT'S VERIFIED PETITION FOR REINSTATEMENT

Pursuant to Local Rule 705.4(a), I, Jamie B. Seward, petition this Honorable Court to be reinstated to the practice of law before this Honorable Court and, in support thereof, state as follows:

1. On or about April 2, 2014, Respondent was suspended from the practice of law by the Court of Appeals of Maryland pursuant to the order attached hereto as Exhibit 1.

2. On or about June 30, 2014, this Honorable Court issued an order of reciprocal suspension, *nunc pro tunc*, from April 2, 2014. A copy of this Honorable Court's order of reciprocal suspension, dated June 30, 2014, is attached hereto as Exhibit 2.

3. Pursuant to Maryland Rule 16-781(a), Respondent complied in all respects with the provision of Maryland Rule 16-760 and with the terms and conditions of the disciplinary order issued by the Court of Appeals of Maryland.

4. On or about September 18, 2014, Respondent was reinstated to the practice of law in Maryland by the Court of Appeals of Maryland pursuant to the order attached hereto as Exhibit 3.

WHEREFORE, I, Jamie B. Seward, pray this Honorable Court:

A. Enter an Order reinstating Jamie B. Seward to the practice of law before the bar of this Honorable Court; and

B.    That the Order be entered, *nunc pro tunc*, from September 18, 2014, the date Respondent was reinstated by the Court of Appeals of Maryland.

 

*Jamie Seward*
Jamie B. Seward