# Jamie B. Seward
106 Homeland Avenue · Baltimore, Maryland 21212 · 410.218.0217 · jamie.seward@comcast.net

September 18, 2014

Office of the Clerk
United States District Court for the District of Maryland
4228 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      RE:    In re: Jamie B. Seward, Respondent
                Case No.: 14-mc-206 (Disciplinary)

Dear Sir or Madam:

     Enclosed, please find respondent's verified petition for reinstatement and (proposed) order.

     Kindly, date-stamp the enclosed copy of the pleading and return it to the undersigned in the envelope provided.

     Thank you, in advance, for your cooperation in this matter. If you have any questions, please do not hesitate to contact me at 410.218.0217 or via email at jamie.seward@comcast.net.

                                     Respectfully yours,

                                       *Jamie Seward*
                                     Jamie B. Seward

Enclosures




## Court of Appeals
### of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

Bessie M. Decker
Clerk

Terry L. Ruffatto
Chief Deputy

Virginia A. Busik
Carol A. Greenstein
Doneice Burnette
Kisha Taylor-Wallace
Deputies

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder

Heather Briggs
Administrative Support

**NOTICE**

April 2, 2014

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated April 2, 2014

**JAMIE BLUM SEWARD**

106 Homeland Avenue
Baltimore, Maryland 21212

has been indefinitely suspended by consent, from the further practice of law in this State, and her name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-772(d)).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this second day of April, 2014.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Jamie B. Seward

Respondent.

*
*
*
*
*

CASE NO. 14-mc-206
(DISCIPLINARY)

## ORDER OF RECIPROCAL SUSPENSION

Jamie B. Seward, Esquire, was admitted to practice before the bar of this Court on March 31, 2006. On April 4, 2014, this Court received a copy of an order from the Court of Appeals of Maryland indefinitely suspending Respondent by consent, effective April 2, 2014. On April 8, 2014, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland. On April 8, 2014, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office. Respondent did not file a response and more than thirty days have expired from the date of mailing the show cause order. It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Jamie B. Seward, Esquire, be and hereby is, indefinitely suspended from the practice of law before this Court. This Order is entered, *nunc pro tunc*, from April 2, 2014, the date the Respondent was disbarred by the Court of Appeals of Maryland. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. Within fourteen (14) days of this Order, the Clerk shall give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice, as provided for in Local Rule 705.5(a). The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: June 30, 2014  7/1/14

I hereby attest and certify on _____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

_____
Deborah K. Chasanow, Chief Judge
United States District Court

| | | |
|---|---|---|
| IN THE MATTER OF THE PETITION | * | IN THE |
| FOR REINSTATEMENT OF | * | |
| JAMIE BLUM SEWARD TO | * | COURT OF APPEALS |
| THE BAR OF MARYLAND | * | |
| | * | OF MARYLAND |
| | * | |
| | * | Misc. Docket AG |
| | * | |
| | * | No. 24 |
| | * | |
| | * | September Term, 2014 |

## ORDER

The Court having considered the Verified Petition for Reinstatement of Jamie Blum Seward, the Supplement and the response filed thereto by the Attorney Grievance Commission in the above captioned case, it is this 18th day of September, 2014

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, GRANTED, and the petitioner Jamie Blum Seward is hereby, reinstated by this Court to the practice of law in Maryland, and it is further

ORDERED, that the Clerk of this Court shall replace the name of Jamie Blum Seward on the register of the attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund and to the Clerks of all judicial tribunals in this State.

/s/ Mary Ellen Barbera
Chief Judge

Judge McDonald did not participate in the consideration of this matter.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **IN RE:** | * |
| **Jamie B. Seward** | *  **CASE NO. 14-mc-206** |
| | **(DISCIPLINARY)** |
| **Respondent .** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### *ORDER

This Court having considered Respondent's Verified Petition for Reinstatement filed herein pursuant to Local Rule 705.4(a), it is this _____ day of _____, 2014,

ORDERED, by the United States District Court for the District of Maryland, that Jamie B. Seward be, and she hereby is, reinstated, *nunc pro tunc*, as of September 18, 2014, to the practice of law in the State of Maryland before this court, and it is further

ORDERED, that the Clerk of this Court be directed to send a certified copy of this Order to Respondent by regular mail. Within fourteen (14) days of this Order, the Clerk shall give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice. The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order.

_____
Judge,
United States District Court